## BRENTNALL cont$^a$ GATCHELL

Thomas Brentnall plaint. cont$^a$ Joseph Gatchell Defend$^t$ in an accion of debt of three pounds ten Shillings or thereabouts due upon account and otherwise according to attachm$^t$. . . . The Jury . . . found for the plaint. three pounds ten Shillings money and costs of Court allow$^d$ thirty Six Shillings two pence.

Execution issued 2° Feb$^r$ 1679.